**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7903**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

ANTONIO THOMAS GOODE,

               Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, Chief District Judge.  (4:08-cr-01253-TLW-1; 4:12-cv-02326-TLW)

Submitted:  August 13, 2015      Decided:  September 21, 2015

Before KING, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Thomas Goode, Appellant Pro Se.  Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina; Stanley D. Ragsdale, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Thomas Goode appeals the district court's order denying the second post-judgment motion Goode filed in his 28 U.S.C. § 2255 (2012) proceeding. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Goode's informal brief does not challenge the basis for the district court's disposition, Goode has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED